# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| STEVEN W. TABER, et al., | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | No. 17-09005-MC-W-SWH |
| FORD MOTOR COMPANY, | ) ) ) | |
| Defendant. | ) | |

## ORDER DENYING APPEAL FROM MAGISTRATE JUDGE'S ORDER

Now before the Court is Non-Party Autoliv ASP, Inc's Objections to and Appeal (Doc. 10) from Magistrate Judge Hays's Order (Doc. 9), which denied in part and granted in part Autoliv's Motion to Quash Third-Party Subpoena (Doc. 1). On or about October 21, 2017, Autoliv was served a subpoena duces tecum seeking the production of documents and deposition testimony for use in the above-captioned case. Autoliv claims that the subpoena is overly broad and unduly burdensome.

After conducting an independent review of the applicable law and record, *see* L.R. 74.1(a)(3), the Court ADOPTS Judge Hays's Order. Autoliv's appeal raises the same arguments that were presented to Judge Hays and does not show that the Order is "clearly erroneous or contrary to law." *See* 28 U.S.C. § 636(b)(1)(A).

Accordingly, Autoliv's Objections to and Appeal from Judge Hays's Order (Doc. 10) is DENIED.

**IT IS SO ORDERED.**

Date: October 18, 2017          /s/ Greg Kays
                                GREG KAYS, CHIEF JUDGE
                                UNITED STATES DISTRICT COURT